**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Linda Hanna, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING** |
| | ) | **STAY OF LITIGATION** |
| vs. | ) | **PENDING FINAL TRANSFER** |
| | ) | |
| Guidant Corporation, Guidant Sales | ) | |
| Corporation, Cardiac Pacemakers, Inc., and | ) | Case No. 1:07-cv-028 |
| Boston Scientific Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is the "Stipulation to Stay all Proceedings in this Court Pending Final Transfer to MDL 1708" filed by Linda Hanna and the defendants on April 26, 2007. See Docket No. 22. The parties informed the Court that the Judicial Panel on Multi-District Litigation has established a Multi-District Litigation Court to handle cases such as this involving alleged injuries caused by cardiac medical devices allegedly designed, manufactured, distributed and/or sold by the defendants.

On April 6, 2007, the defendants submitted this action to the Judicial Panel on Multi-District Litigation for transfer to the Multi-District Litigation Court. See Docket No. 18-3. On April 17, 2007, the Judicial Panel on Multi-District Litigation ordered a conditional transfer of this action to the Multi-District Litigation Court. See Docket No. 18-4. The conditional transfer order provides that Hanna has until May 2, 2007, to oppose the transfer or the transfer of the action will become final. All of the parties support the motion to stay pending transfer to the Multi-District Litigation Court.

The Court **ADOPTS** the Stipulation to Stay all Proceedings in this Court Pending Final Transfer to MDL 1708 (Docket No. 22) and **STAYS** the action pending transfer to Multi-District Litigation Court 1708 or upon further order of this Court.

**IT IS SO ORDERED.**

Dated this 30th day of April, 2007.

                                            */s/ Daniel L. Hovland*
                                            Daniel L. Hovland, Chief Judge
                                            United States District Court